

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00014-CR

Robert Adrian **RENDON,**
Appellant

v.

The State of **TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR11270
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file their brief is granted. The appellee's brief is due on January 13, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court